FILED IN OPEN COURT
OCT 23 2024
CHRISTOPHER L. EKMAN, CLERK

EPS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIM. NO. 24-179-CG |
| | * | USAO NO. 24R00422 |
| v. | * | |
| | * | VIOLATION:   18 USC § 922(o) |
| **DON CHRISTOPHER JONES, JR.** | * | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Illegal Possession of a Machinegun
### Title 18, United States Code, Section 922(o)

On or about September 7, 2024, in the Southern District of Alabama, the defendant,

**DON CHRISTOPHER JONES, JR.,**

did knowingly possess a machinegun, namely, a Glock, model 33 .357 caliber firearm, serial number BVNV140 on the slide and frame, serial number LNB160 on the .40 caliber Smith and Wesson barrel, equipped with a machinegun-conversion device, commonly referred to as a "Glock switch."

In violation of Title 18, United States Code, Section 922(o).

### FORFEITURE NOTICE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(o) set forth in Count One of this Indictment, the defendant,

**DON CHRISTOPHER JONES, JR.,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922(o), including but not limited to:

1. One Glock, model 33 .357 caliber firearm, with a "Glock switch" or machine gun conversion device attached, serial number BVNV140,

2. One Smith and Wesson .40 caliber barrel, serial number LNB160, and

3. 19 rounds of .40 caliber ammunition.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

_ A TRUE BILL

FOREPERSON UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By:

*Elizabeth P. Stepan*
ELIZABETH P. STEPAN
Assistant United States Attorney

*Sean P. Costello by Karee S. Heisterhagen*
SEAN P. COSTELLO
United States Attorney         OCTOBER 2024